UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
ORLANDO DIVISION

In re:

DERRICK WAYNE PEDIGO                         CASE NO.: 6:16-bk-07399-CCJ
CHRISTINA ANN PEDIGO,

_____Debtor./

**FIRST AMENDED CHAPTER 13 PLAN**

**CHECK ONE:**

_____ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__x__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.   MONTHLY PLAN PAYMENTS**. Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of __60__ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)**   $2,037.33 for months __1__ through __60__
**(B)**   $_____ for months _____ through _____
**(C)**   $_____ for months _____ through _____

To pay the following creditors:

**2.   ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $7,403.00    Total Paid Prepetition $403.00    Balance Due $7,000.00**

**Estimated Additional Fees Subject to Court Approval    $2,750.00**

**Attorney's Fees Payable through Plan $805.00 Monthly (subject to adjustment)**

***Please see Paragraph 9 below**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**3.     PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| None | | |

**4.     TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.     SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post petition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| None | | | | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| 0305 | Central Fl Educators Federal Credit Union | 2081 Key Lime Street Ocoee, FL 34761 | $923.60 |
| | Debtors are paying the contractual payment | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @___% |
|---|---|---|---|---|---|---|
| None | | | | | | |

**(D)   Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ _____% |
|---|---|---|---|---|---|
| 0001 | Central Fl Educators Federal Credit Union | 2006 Dodge Ram 1500 | $1,180.96 | $103.60 | 5% |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| None | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in*

3

*personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral** |
|---|---|---|
| None | | |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| **Last 4 Digits of Acct No.** | **Creditor** | **Collateral Description/Address** |
|---|---|---|
| 0080 | Central Fl Educators Federal Credit Union | 2081 Key Lime Street Ocoee, FL  34761 |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral to be Surrendered** |
|---|---|---|
| None | | |

**(I) Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

None

**6.     LEASES/EXECUTORY CONTRACTS.**

**Last 4 Digits   Creditor        Property              Assume/Reject-Surrender   Est. Arrears**
**of Acct No.**

 None _____
_____
_____

**7.     GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $43,606.80.

**8.     ADDITIONAL PROVISIONS:**

   (A)   Unless otherwise ordered, secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

   (B)   Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

   (C)   Property of the estate (check one)*

       (1)   _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

       (2)   __x__ shall vest in Debtor upon confirmation of the Plan.

   *If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

   (D)   The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

   (E)   The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

   (F)   Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes

due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

**9.    NONCONFORMING PROVISIONS:**

**Attorney Fees:**   The Debtors' attorneys fees consist of $4,500.00 for the representation of the Debtors in the Chapter 13 and $2,500.00 for the mortgage modification mediation process. $403.00 consists of the filing fee, the mortgage modification mediation registration fee and the $53.00 credit report fee.

The Debtors have scheduled $29,829.00 of unsecured debt on Schedule F.  They are disputing $13,316.00 in unsecured debt.

/s/ DERRICK WAYNE PEDIGO
DERRICK WAYNE PEDIGO, Debtor                              Dated:  January 24, 2017

/s/ CHRISTINA ANN PEDIGO
CHRISTINA ANN PEDIGO, Debtor                              Dated:  January 24, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, on this 24th day of January, 2017.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Attorney for Debtor
Myers & Eichelberger, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile:  407-536-4977
adam@themelawfirm.com

| Date | # | Central Fl 1st | Central FL Car | Atty Fees | Mediation Fee | Monitoring Fees | Unsecured | Trustee Fee | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/11/2016 | 1 | 923.6 | 103.6 | 805 | | | 1.4 | 203.73 | 2037.33 |
| 1/11/2017 | 2 | 923.6 | 103.6 | 805 | | | 1.4 | 203.73 | 2037.33 |
| 2/11/2017 | 3 | 923.6 | 103.6 | 805 | | | 1.4 | 203.73 | 2037.33 |
| 3/11/2017 | 4 | 923.6 | 103.6 | 805 | | | 1.4 | 203.73 | 2037.33 |
| 4/11/2017 | 5 | 923.6 | 103.6 | 805 | | | 1.4 | 203.73 | 2037.33 |
| 5/11/2017 | 6 | 923.6 | 103.6 | 475 | 280 | 50 | 1.4 | 203.73 | 2037.33 |
| 6/11/2017 | 7 | 923.6 | 103.6 | | 755 | 50 | 1.4 | 203.73 | 2037.33 |
| 7/11/2017 | 8 | 923.6 | 103.6 | | 755 | 50 | 1.4 | 203.73 | 2037.33 |
| 8/11/2017 | 9 | 923.6 | 103.6 | | 710 | 50 | 46.4 | 203.73 | 2037.33 |
| 9/11/2017 | 10 | 923.6 | 103.6 | | | 50 | 756.4 | 203.73 | 2037.33 |
| 10/11/2017 | 11 | 923.6 | 103.6 | | | 50 | 756.4 | 203.73 | 2037.33 |
| 11/11/2017 | 12 | 923.6 | 103.6 | | | 50 | 756.4 | 203.73 | 2037.33 |
| 12/11/2017 | 13 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 1/11/2018 | 14 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 2/11/2018 | 15 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 3/11/2018 | 16 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 4/11/2018 | 17 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 5/11/2018 | 18 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 6/11/2018 | 19 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 7/11/2018 | 20 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 8/11/2018 | 21 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 9/11/2018 | 22 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 10/11/2018 | 23 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 11/11/2018 | 24 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 12/11/2018 | 25 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 1/11/2019 | 26 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 2/11/2019 | 27 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 3/11/2019 | 28 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 4/11/2019 | 29 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 5/11/2019 | 30 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 6/11/2019 | 31 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 7/11/2019 | 32 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 8/11/2019 | 33 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 9/11/2019 | 34 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 10/11/2019 | 35 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 11/11/2019 | 36 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 12/11/2019 | 37 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 1/11/2020 | 38 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 2/11/2020 | 39 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 3/11/2020 | 40 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 4/11/2020 | 41 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 5/11/2020 | 42 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 6/11/2020 | 43 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 7/11/2020 | 44 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 8/11/2020 | 45 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 9/11/2020 | 46 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 10/11/2020 | 47 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 11/11/2020 | 48 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| 12/11/2020 | 49 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 50 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 51 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 52 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 53 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 54 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 55 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 56 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 57 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 58 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 59 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | 60 | 923.6 | | | | 50 | 860 | 203.73 | 2037.33 |
| | | 55416 | 1243.2 | 4500 | 2500 | 2750 | 43606.8 | 12223.8 | 122239.8 |

```
Label Matrix for local noticing        Central Florida Educators Federal Credit Uni    Christina Ann Pedigo
113A-6                                  c/o Christopher R. Thompson, Esq.              2081 Key Lime Street
Case 6:16-bk-07399-CCJ                  200 S. Orange Ave., Suite 800                  Ocoee, FL 34761-3932
Middle District of Florida              Orlando, FL 32801-6404
Orlando
Tue Jan 24 13:36:30 EST 2017

Derrick Wayne Pedigo                    Amber Ridge Homeowners                         Amber Ridge Homeowners
2081 Key Lime Street                    Association, Inc.                              Association, Inc.
Ocoee, FL 34761-3932                    Katzman Garfinkel                              Post Office Box 593
                                        5297 West Copans Road                          Ocoee, FL 34761-0593
                                        Margate, FL 33063-7706

Barclays Bank Delaware                  Central Florida Educators                      Central Florida Educators
Post Office Box 8801                    Federal Credit Union                           Federal Credit Union
Wilmington, DE 19899-8801               1000 Primera Boulevard                         c/o Burr & Forman, L.P.
                                        Lake Mary, FL 32746-2194                       200 S. Orange Ave., Ste. 800
                                                                                       Orlando, FL 32801-6404

Central Florida Educators FCU           Chase Card                                     Citibank South Dakota, N.A.
Christopher R. Thompson, Esq.           Attn: Correspondence                           c/o Midland Funding
BURR & FORMAN LLP                       Post Office Box 15298                          2365 Northside Dr
200 S. Orange Avenue, Suite 800         Wilmington, DE 19850-5298                      Suite 300
Orlando, Florida 32801-6404                                                            San Diego, CA 92108-2709

DJ Orthopedics, LLC                     Florida Department of Revenue                  GE Money Bank
c/o Aargon Agency                       Bankruptcy Unit                                c/o Portfolio Recovery
8668 Spring Mountain Rd                 Post Office Box 6668                           Post Office Box 41067
Las Vegas, NV 89117-4132                Tallahassee FL 32314-6668                      Norfolk, VA 23541-1067

Internal Revenue Service                Leconte Emergency Department                   Orange County Tax Collector
Post Office Box 7346                    c/o Revenue Recovery Corp                      PO Box 545100
Philadelphia PA 19101-7346              7005 Middlebrook Pike                          Orlando FL 32854-5100
                                        Knoxville, TN 37909-1156

University Surgical Center              Vista Radiology PC                             West Orlando ER Physicians
c/o Mnet Fin Inc.                       c/o Revenue Recovery Corp                      Post Office Box 23419
95 Argonaut                             7005 Middlebrook Pike                          Jacksonville, FL 32241-4419
Aliso Viejo, CA 92656-4133              Knoxville, TN 37909-1156

West Orlando ER Physicians              Laurie K Weatherford +                         United States Trustee - ORL7/13 7+
c/o Profesional Adjmnt Co               Post Office Box 3450                           Office of the United States Trustee
14410 Metropolis Ave                    Winter Park, FL 32790-3450                     George C Young Federal Building
Fort Myers, FL 33912-4341                                                              400 West Washington Street, Suite 1100
                                                                                       Orlando, FL 32801-2210

Adam G Russo +                          Christopher R Thompson +                       End of Label Matrix
Myers & Eichelberger, P.L.              200 S Orange Ave, Ste 800                      Mailable recipients    25
5728 Major Blvd                         Orlando, FL 32801-6404                         Bypassed recipients     0
Suite 735                                                                              Total                  25
Orlando, FL 32819-7977
```